TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00541-CV








In re Rick Perry, in his Official Capacity as Governor of the State of Texas, and Henry
Cuellar, in his Official Capacity as Secretary of State of the State of Texas





ORIGINAL PROCEEDING FROM TRAVIS COUNTY







PER CURIAM 

 Relators Rick Perry, in his official capacity as Governor of the State of Texas, and
Henry Cuellar, in his official capacity as Secretary of State of the State of Texas, file a petition for
writ of mandamus and a motion for emergency stay. See Tex. R. App. P. 52.8, 52.10. We deny both
the motion for emergency relief and the petition for writ of mandamus.


Before Justices Kidd, Yeakel and Patterson

Filed: October 5, 2001

Do Not Publish